UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BAUSCH HEALTH IRELAND LIMITED and SALIX PHARMACEUTICALS, INC.,<br><br>Plaintiffs,<br>v.<br><br>MSN LABORATORIES PRIVATE LTD. and MSN PHARMACEUTICALS INC.,<br><br>Defendants. | Civil Action No. 21-10057 (SRC) (JSA)<br><br>ORDER |

**THIS MATTER** having come before the Court on July 25, 2024, for an in-person Final Pretrial Conference and to address Plaintiffs' request, (ECF No. 210), to modify the Discovery Confidentiality Order to use Defendants' confidential information in a citizen petition to the FDA, (ECF No. 44), as detailed in the parties' submissions, (ECF Nos. 200, 210, & 214) and as reiterated in the parties' proposed Final Pretrial Order (ECF No. 224 at 2); and the Court having carefully considered the parties' submissions and the representations of counsel during the July 25th Conference, as well as the arguments of counsel; and for the reasons set forth on the record; and for good cause shown:

**IT IS** on this 25th day of July, 2024,

**ORDERED** that Plaintiffs' request to modify the Discovery Confidentiality Order, (ECF Nos. 210 and 224 at 2), is **DENIED**.

*s/ Jessica S. Allen*
**Hon. Jessica S. Allen, U.S.M.J.**

cc:   Hon. Stanley R. Chesler, U.S.D.J.